UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NEW WESTLAND MARINA, LLC,

                Plaintiff,

-vs-                                        Case No. 6:11-cv-890-Orl-18DAB

M/V AQUAMIST II,

                Defendant.
_____/

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Entry of Default Judgment (Doc. No. 17). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED** and **ADOPTED**. The Judgment *In Rem* will be issued by a separate document.

It is **SO ORDERED** in Orlando, Florida, this 23 day of August, 2011.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record