UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NEW WESTLAND MARINA, LLC,

    Plaintiff,

-vs-                                    Case No. 6:11-cv-890-Orl-18DAB

M/V AQUAMIST II,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion filed herein:

**MOTION:** UNOPPOSED MOTION FOR TAXATION OF COSTS (Doc. No. 22)

**FILED:** August 25, 2011

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

Following default and issuance of a Judgment *in rem*, Plaintiff moves to tax costs of $6,965.47, as presently incurred and projected through September 30, 2011, in accordance with the Bill of Costs filed (Doc. No. 21). As set forth in the motion, these costs represent expenses *in custodia legis*, entitled to the highest priority. As good cause is shown, it is **respectfully recommended** that the Clerk be directed to tax the costs as set forth on the Bill, and the Court **grant** Plaintiff's request for a finding that the cost judgment is a maritime lien of the highest priority, which may be bid at the anticipated auction of the Vessel (along with the original Judgment *In Rem*).